Richard M. Ruger (Bar No. 97141)
George Busu (Bar No. 235993)
**LIM RUGER & KIM, LLP**
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 955-9500
email: richard.ruger@limruger.com
         george.busu@limruer.com

Attorneys for Plaintiff Ann's Trading Company, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN'S TRADING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KANMA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR**<br><br>**1. COPYRIGHT INFRINGEMENT**<br>**2. UNFAIR BUSINESS PRACTICES**<br><br>**(JURY TRIAL DEMANDED)** |

Plaintiff Ann's Trading Company, Inc. complains and alleges as follows against defendants Kanma, Inc. and Does 1 through 10, inclusive:

///
///
///
///

## JURISDICTION AND VENUE

1. This is an action for, amongst other things, copyright infringement under 17. U.S.C. § 501 *et seq.*

2. This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue is proper in this Court because plaintiff Ann's Trading Company, Inc.'s principal place of business is in Los Angeles, California, and defendant Kanma Inc.'s principal place of business is in Commerce, California, both within the Central District of California; and the acts complained of occurred entirely or primarily within this district.

## THE PARTIES

4. Plaintiff Ann's Trading Company, Inc. ("Ann's Trading" or "Plaintiff") is a California corporation that maintains its principal place of business in Los Angeles, California. Among other things, Ann's Trading is in the business of importing and selling blankets, comforters and bedspreads.

5. Defendant Kanma, Inc. ("Kanma" or "Defendant") is a California corporation that, on information and belief, maintains its principal place of business in Commerce, California.

6. The true names and capacities, whether individual, corporate, associate or otherwise, of the defendants sued as Does 1 through 10, inclusive, are unknown to Ann's Trading. Ann's Trading alleges on information and belief that the defendants sued as Does 1 through 10, inclusive, have sold, manufactured, distributed, and/or marketed products bearing Plaintiff's copyrighted designs without Plaintiff's knowledge or consent or have contributed to such infringement. Ann's Trading therefore sues said defendants by such fictitious names. When the

true names and capacities of said defendants have been ascertained, Ann's Trading will amend this pleading accordingly.

7. Ann's Trading further alleges that the defendants sued as Does 1 through 10, inclusive, are jointly, severally and concurrently liable and responsible with the named defendant upon the claims hereinafter set forth.

8. Ann's Trading is informed and believes and thereon alleges that at all times mentioned herein, Kanma and the defendants sued as Does 1 through 10, inclusive, and each of them, were the agents, servants and employees of every other defendant and the acts of each defendant, as alleged herein, were performed within the course and scope of that agency, service or employment, or were ratified and / or approved by the other defendants. Kanma and the defendants sued as Does 1 through 10, inclusive, are collectively referred to herein as "Defendants".

## THE INFRINGING ACTIVITIES

9. Ann's Trading composed an original two-dimensional artwork for the purposes of textile printing titled "FLANNEL-020." Said artwork was a creation of Ann's Trading's in-house design team, and is owned exclusively by Ann's Trading. "FLANNEL-020" was registered with the United States Copyright Office on August 13, 2013 and was assigned its registration number VAu 1-144-896. Attached as Exhibit A hereto is a true and correct copy of the Certificate of Registration for such registration.

10. In December 2015, Ann's Trading purchased from Kanma a comforter set bearing a copy of the registered design titled "FLANNEL-020." Attached as Exhibit B hereto is a photograph of the package insert from said comforter set. Ann's Trading has not authorized Defendants to utilize "FLANNEL-020" in any form.

11. Ann's Trading composed an original two-dimensional artwork for the purposes of textile printing titled "FLANNEL-031." Said artwork was a creation of Ann's Trading's in-house design team, and is owned exclusively by Ann's Trading. "FLANNEL-031" was registered with the United States Copyright Office on August 18, 2013 and was assigned its registration number VAu 1-149-840. Attached as Exhibit C hereto is a true and correct copy of the Certificate of Registration for such registration.

12. On information and belief, Kanma owns and/or controls a website at "kanmainc.com". Said website offered for sale a bed comforter set identified as "SMQK31" and bearing a copy of the registered design titled "FLANNEL-031". The link to this specific webpage is: http://kanmainc.com/home/3475883. Attached as Exhibit D hereto is a PDF image of said webpage of as it appeared on February 11, 2016. Ann's Trading has not authorized Defendants to utilize "FLANNEL-031" in any form.

13. The two-dimensional artworks reflected in the copyright registrations attached as Exhibits A and C hereto are collectively referred to herein as the "Copyrighted Works." Products that bear and incorporate copies of the Copyrighted Works are collectively referred to herein as the "Infringing Goods".

14. Ann's Trading has utilized the Copyrighted Works on blankets, bedspreads, comforters and other bedding products which it has sold extensively throughout the world. Such use of the Copyrighted Works occurred prior to the acts complained of herein. Ann's Trading has sold millions of dollars worth of products utilizing the Copyrighted Works.

15. On or about March 18, 2016 Kanma received a written demand from Ann's Trading to, *inter alia*, cease and desist selling and offering the Infringing Goods for sale. Despite their receipt of said written demand, on information and belief, Kanma continued to offer the Infringing Goods for sale to customers.

16. Kanma is a serial infringer. In June 2012, Ann's Trading sent to Kanma a written demand regarding a copyright infringement similar in nature to the infringements being sued upon herein. Kanma responded to such letter from Ann's Trading although such response was inadequate. On information and belief, Kanma's business practice is to purchase, from foreign manufacturers / distributors, large quantities of products bearing copyrightable designs without taking any measures, or at least reasonable measures, to guard against infringing the intellectual property rights of others.

## FIRST CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST ALL DEFENDANTS)

17. Ann's Trading incorporates the allegations of paragraphs 1 through 16 of this complaint.

18. Ann's Trading owns the Copyrighted Works, which are properly copyrightable under the laws of the United States and were duly registered by Ann's Trading with the United States Copyright Office.

19. Defendants had access to the Copyrighted Works due to, among other things, Ann's Trading's extensive public sales of products bearing the Copyrighted Works, and illegally distributed products bearing copies of the Copyrighted Works from third-party vendors whether international or domestic.

20. Defendants infringed Ann's Trading's copyrights in and to the Copyrighted Works by advertising, promoting, offering for sale and selling the Infringing Goods; products which contain exact or near exact copies of the Copyrighted Works. On information and belief, Defendants generated substantial revenue and profits by their sales of the Infringing Goods.

21. On information and belief, the infringement complained of herein was carried out by Defendants with actual or constructive knowledge of the infringing nature of such conduct, and was therefore willful in nature.

22. As a result of the conduct of the Defendants, Ann's Trading has suffered damage equal to the profits generated by Defendants' sale of the Infringing Goods, the profits Ann's Trading would have generated through sales of its own goods bearing the Copyrighted Works, and damage to its reputation, all in amounts to be proved at trial. Ann's Trading is also entitled to elect statutory damages of up to $150,000 for each of the two infringed copyrights. In addition, Ann's Trading is entitled to an award of its costs and attorney fees incurred herein.

23. Ann's Trading is further entitled to an injunction preventing Defendants and their agents and employees from selling, offering for sale, advertising, manufacturing, importing or transporting, transferring or disposing of any Infringing Goods, together with an order that all of the Infringing Goods in possession of the defendants be impounded pending resolution of this action and thereafter destroyed.

## SECOND CLAIM FOR RELIEF
### (UNFAIR BUSINESS PRACTICES AGAINST ALL DEFENDANTS)

24. Ann's Trading incorporates the allegations of paragraphs 1 though 23 of this complaint.

25. The conduct of Defendants as alleged herein constitutes unfair business practices and false advertising under California Business and Professions code sections 17200 *et seq.* and 17500 *et seq.*

26. Ann's Trading is entitled to an injunction preventing Defendants and their agents and employees from selling, offering for sale, advertising, manufacturing, importing or transporting, transferring or disposing of any

1 Infringing Goods. Ann's Trading is also entitled to an order that all of the
2 Infringing Goods in possession of the Defendants be impounded pending
3 resolution of this action and thereafter destroyed, and to an award of costs and
4 attorneys fees.

5     **WHEREFORE,** Ann's Trading prays for relief against Defendants as
6 follows:

7     A.    For general damages and special damages according to proof, or
8 statutory damages at Ann's Trading's election;

9     B.    For an accounting of Defendants' ill gotten gains;

10     C.    For an injunction preventing Defendants and their agents and
11 employees from infringing Ann's Trading's copyrights in any manner;

12     D.    For an order that any Infringing Goods in possession of Defendants
13 and their agents and employees, be impounded pending resolution of this action
14 and thereafter destroyed;

15     E.    For an award of costs and attorney fees incurred herein; and

16     F.    For such other relief as is just.

Richard M. Ruger
George Busu
Dated: May 23, 2016    LIM, RUGER & KIM, LLP

By: /s/ George Busu
George Busu, Esq.
Attorneys for Plaintiff,
Ann's Trading Company, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff Ann's Trading Company, Inc. hereby demands a jury trial in this action.

Dated: May 23, 2016

Richard M. Ruger
George Busu
LIM, RUGER & KIM, LLP


By: */s/ George Busu*
George Busu, Esq.
Attorneys for Plaintiff,
Ann's Trading Company, Inc.