JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANN'S TRADING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KANMA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants | Case No.: 2:16-CV-03585-AB-RAO<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION OF DISMISSAL<br><br>Complaint filed: May 23, 2016<br><br>Courtroom: Hon. André Birotte Jr. |

# [~~PROPOSED~~] ORDER

Pursuant to the *Joint Stipulation of Dismissal* filed by *Plaintiff ANN'S TRADING COMPANY, INC. and Defendant KANMA, INC.*, and good cause appearing therefor, the Stipulation is hereby GRANTED. This action is DISMISSED WITH PREJUDICE, and each party shall bear its own costs, expenses and attorneys' fees. The Court shall retain jurisdiction of the action until final performance of *Settlement Agreement and Release of Claims*. The Court shall retain jurisdiction to enforce *Settlement Agreement and Release of Claims*.

Dated: September 6, 2017     By _____
                                United States District Court Judge